AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**IMAD ALSHAIBANI, et al.,**

      **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-12-063**

**LITTON LOAN SERVICING, LP,**     **JUDGE EDMUND A. SARGUS, JR.**
                                                     **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendant.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 7, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 7, 2012                                     JAMES BONINI, CLERK

                                                            */S/ Andy F. Quisumbing*
                                                            (By) Andy F. Quisumbing
                                                            Courtroom Deputy Clerk